# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE ADAMS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; DEBRA A. DEMARIE; DOES 1 to 50, Inclusive,<br><br>    Defendants. | Case No.: 8:12-cv-00969-JST(JPRx)<br><br>PTC:            09/13/2013<br>Trial:           10/01/2013<br>Action Filed :   04/10/2012<br><br>**JUDGMENT** |

The Motion to Dismiss Plaintiff's Third Amended Complaint filed by Defendant United of Omaha Life Insurance Company came on regularly for hearing on July 26, 2013, the Honorable Josephine Staton Tucker presiding. Arguments by both parties were heard and the matter was taken under submission. Having considered the papers and the oral arguments and good cause appearing, the Court granted Defendant United of Omaha Life Insurance Company's motion on August 14, 2013, and dismissed Plaintiff's Third Amended Complaint in its entirety, with prejudice.

**NOW, THEREFORE, IT IS ADJUDGED, ORDERED, AND DECREED** that this action is terminated and judgment is entered in favor of Defendants United of Omaha Life Insurance Company and Debra DeMarie and against Plaintiff Steve Adams. Any costs awarded by the Clerk of Court may be included in an amendment to the Judgment.

**IT IS SO ORDERED.**

DATED: September 10, 2013

JOSEPHINE STATON TUCKER
_____
JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE

1